## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOEL B. ATTIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 23-00454-KD-B** |
| | ) | |
| **DAVID JACKSON,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and S.D. Ala. GenLR 72(a)(2)(5), dated November 29, 2023 (doc. 4) is ADOPTED as the opinion of this Court.

Accordingly, the motion to proceed without prepayment of fees is GRANTED, the complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B), and the motion to "freeze all accounts" is DENIED as MOOT.

DONE and ORDERED this 23rd day of May 2024.

      s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE