IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 23-00454-KD-B |
| | ) |
| DAVID JACKSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge (doc. 4), it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE and ORDERED this 23rd day of May 2024.

                                                 s/ Kristi K. DuBose
                                               KRISTI K. DuBOSE
                                               UNITED STATES DISTRICT JUDGE